IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-00034-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JEFFERY JEROME CHAPMAN, | ) | |
| Defendant. | ) | |

This matter is before the court on Jeffery Jerome Chapman's Motion to Produce All Discovery and Jencks Material [DE-102] and Motion for Docket Sheets [DE-103].

In his Motion to Produce All Discovery and Jencks Material, Chapman requests a complete copy of his discovery and Jencks material because he is in the process of filing a § 2255 motion. If Chapman elects to file a § 2255 motion and it survives preliminary screening, the court may allow discovery. *See* Rules Governing Section 2255 Proceedings, Rules 4, 6. At this time, however, Chapman's Motion to Produce All Discovery and Jencks Material [DE-102] is DENIED without prejudice.

In his Motion for Docket Sheets, Chapman requests a copy of the docket sheet for his case and his codefendant Gerald Lee Banks' case. Chapman's Motion for Docket Sheets [DE-103] is ALLOWED. The Clerk shall send Chapman a courtesy copy of the joint docket sheet showing the public entries for both cases.

SO ORDERED.

This, the 18 day of June, 2015.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge