IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-00034-F-1

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          O R D E R
                                  )
JEFFERY JEROME CHAPMAN,           )
            Defendant.            )

This matter is before the court on Jeffery Jerome Chapman's Motion to Reconsider

Production of Sentencing Transcript at No Cost [DE-107]. In his motion, Chapman requests

that the court reconsider its decision denying his request for a copy of his sentencing hearing

transcript at no cost to him because he is in process of filing a motion pursuant to 28 U.S.C. §

2255.

The circumstances under which the court may provide an indigent criminal defendant

with a copy of a transcript are addressed in 28 U.S.C. § 753(f). Specifically, § 753(f) states that a

free transcript shall be provided to an indigent criminal defendant to bring an action pursuant to

28 U.S.C. § 2255 when the trial judge certifies that the suit is not frivolous, and that transcript is

necessary to decide an issue presented by the suit. 28 U.S.C. § 753(f); *see United States v.*

*MacCollom*, 426 U.S. 317, 326 (1976). An indigent defendant must make a showing of a

particularized need to obtain a free transcript. *United States v. Hill*, 34 Fed. Appx. 942, 943 (4th

Cir. 2002).

Chapman notes that he is in the process of filing a § 2255 motion. However, an indigent

criminal defendant may not obtain a free transcript "merely to comb the record in the hope of

discovering some flaw." *United States v. Glass*, 317 F.2d 200, 202 (4th Cir. 1963).

Consequently, Chapman's Motion to Reconsider Production of Sentencing Transcript at No Cost

[DE-107] is DENIED.

SO ORDERED.

This, the _10_ day of July, 2015.

_James C. Fox_

JAMES C. FOX
Senior United States District Judge

2