IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-00034-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEFFERY JEROME CHAPMAN, | ) | |
| Defendant. | ) | |

This matter is before the court on Jeffery Jerome Chapman's Motion for Production of Codefendant's Plea Agreement [DE-150]. In his motion, Chapman requests a copy of his codefendant's plea agreement so that he can determine why he received a greater sentence.

Pursuant to Amended Standing Order No. 09-SO-02[1], the court will not send a copy of a plea agreement to an inmate. Chapman, however, is advised that the public may have access to filed plea agreements and other unsealed documents at the public terminal in the Clerk's office.

In light of the foregoing, Chapman's Motion for Production of Codefendant's Plea Agreement [DE-150] is DENIED.

SO ORDERED.

This, the 18 day of February, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

---

[1] The Clerk is DIRECTED to send Chapman a copy of Amended Standing Order No. 09-SO-02.