IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-00034-F-1
No. 4:16-CV-00128-F

| | |
|---|---|
| JEFFERY JEROME CHAPMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on Jeffery Jerome Chapman's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE-170]. The court has examined Chapman's motion pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings. Chapman asserts challenges based on *Johnson v. United States*, 135 S. Ct. 2551 (2015), and he has retained counsel. The United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing Section 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 motion within **forty (40)** days of the filing of this order.

SO ORDERED.

This 24 day of June, 2016.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE